UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                            Case No. 8:17-cr-19-T-17JSS

SAUL VELAZQUEZ-BAZAN

**FINAL JUDGMENT OF FORFEITURE**
**DIRECT ASSET AND SUBSTITUTE ASSET**

The United States moves (Doc. 73) under 21 U.S.C. § 853 and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, for a final judgment of forfeiture for the following asset which is subject to an April 21, 2017 preliminary order of forfeiture (Doc. 54):

    a.    The real property located at 1107 Turkey Creek Road, Plant City, Florida, which was used to facilitate the commission of the offense charged in Count One, and which was involved in the offense charged in Count Two, the legal description of which is as follows:

            Lot beginning at the intersection of the East line of the Southeast ¼ of the Northeast ¼ and the South line of the railroad right-of-way, thence South 237 feet; thence South 86°21'36" West a distance of 142 feet, more or less, thence South 62° West, a distance of 66 feet; thence West 60 feet; thence North 20 feet, thence West 107 feet, thence North 162.43 feet to the Southerly railroad right-of-way; thence Northeasterly along railroad right-of-way a distance of 378.99 feet to the point of beginning; LESS the East 35 feet for road right-of-way. All lying and being in Section 35, Township 28 South, Range 21 East, Hillsborough County, Florida.

The United States further moves, pursuant to 21 U.S.C. § 853(p) and Rule 32.2(e)(1)(B), for a Final Judgment of Forfeiture for the following substitute asset in partial satisfaction of the defendant's $3,823,000 forfeiture money judgment:

    a.    The real property located at 506 West Tennessee Avenue, Seffner, Florida, the legal description of which is as follows:

    Lot 21, Pat's Subdivision, as per plat thereof, recorded in Plat Book 50, Page 60, of the Public Records of Hillsborough County, Florida

The forfeiture was also included in the criminal judgment (Doc. 66).

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from May 16, 2017, through June 14, 2017, the United States published notice of the forfeiture and of its intent to dispose of the real properties on the official government website, www.forfeiture.gov. Doc. 68. The publication gave notice to all third parties with a legal interest in the real properties to file with the Office of the Clerk, United States District Court, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication.

In accord with 21 U.S.C. § 853(n), the United States properly noticed the only parties known to have a potential interest in the real properties, including Hillsborough County Tax Collector, Regions Bank, and Angelica Nallely. The United States acknowledged any claim Hillsborough County Tax Collector may have in the real properties, and agrees to pay any and all *ad valorem* real properties taxes and *non-ad valorem* assessments due and owing to the Tax Collector from the proceeds of the sale of the real properties, to the extent there are sufficient proceeds. Other than the defendant, whose interest was previously forfeited to the United States, and the Tax Collector, whose interest has been recognized, no other persons or entities filed a petition or claimed an interest in the real properties, and the time for filing such petition has expired.

The United States' motion is **GRANTED**. Pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the real properties are **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the real properties is now vested in the United States of America, subject to any *ad*

CASE NO. 8:17-CR-19-T-17JSS

*valorem* real properties taxes and *non-ad valorem* assessments due and owing to the Hillsborough County Tax Collector.

DONE and ORDERED in Tampa, Florida, this 11th day of August, 2017.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record